CORINNE LEFKOWITZ, Appellant, v. HAROLD LEFKOWITZ, Respondent.— In a separation action the complaint was dismissed, and thereafter plaintiff moved at Special Term for a counsel fee and expenses to prosecute an appeal from the judgment. The Special Term denied the motion, without prejudice to a renewal of the motion in this court. Order reversed, without costs, and the matter remitted to the Special Term for a determination of the motion. The Special Term made its determination on the ground that plaintiff did not show a reasonable probability of success on the appeal from the judgment dismissing the complaint in the separation action. This court has modified the judgment and directed a separation for plaintiff. (See *Lefkowitz* v. *Lefkowitz, post,* p. 955, decided herewith.) Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ., concur.

■

CORINNE LEFKOWITZ, Appellant, v. HAROLD LEFKOWITZ, Respondent.— Action by a wife for separation on the grounds of abandonment and nonsupport. The answer, a general denial, sets up as an affirmative defense that defendant left plaintiff " as a result of an impulse of the moment " and that prior to the commencement of the action he offered to live with plaintiff and to furnish living quarters for her and a child, the issue of the marriage. The court dismissed the complaint and the affirmative defense on the merits, awarded custody of the child to the plaintiff, made an allowance for the child's support, and allowed plaintiff an additional counsel fee of $400. Plaintiff appeals from the judgment insofar as it dismisses the complaint. Judgment, insofar as appealed from, modified on the law and the facts by striking therefrom the first ordering paragraph and by substituting therefor a provision that the plaintiff be separated from the defendant, and as so modified the judgment is unanimously affirmed, with costs to appellant, and the matter remitted to the Special Term for the fixing of a permanent allowance for plaintiff's support. Defendant's testimony and conduct establish that he abandoned the plaintiff. Present — Carswell, Acting P. J., Johnston, Wenzel, MacCrate and Schmidt, JJ.

■

NATHAN LIEBERMAN, Appellant, v. ELITE LIGHTING & SUPPLY CO., INC., et al., Respondents.— In an action to recover damages for personal injuries, the complaint was dismissed at the close of the plaintiff's case. Judgment reversed on the law and the facts and a new trial granted, with costs to abide the event. The evidence presented issues of fact for determination by the jury with respect to defendants' negligence and plaintiff's contributory negligence. Carswell, Acting P. J., Johnston and MacCrate, JJ., concur; Wenzel and Schmidt, JJ., dissent and vote to affirm.